# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

| | |
|---|---|
| GEORGE BOLYARD, Individually and For Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>GMS MINE REPAIR AND MAINTENANCE, INC,<br><br>Defendant. | **Civil Action No. 2:24-cv-00818-DSC**<br><br>Judge David S. Cercone |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Federal Rule of Civil Procedure 41 allows a plaintiff to voluntarily dismiss an action without a court order before the opposing party serves an answer or motion for summary judgment. *See* FED. R. CIV. P. 41(a)(1)(A)(i). At the time of the instant filing, Defendant in this action has served neither answer nor motion for summary judgment. Pursuant to Rule 41, Plaintiff files this notice of voluntary dismissal with prejudice.

Dated: February 20, 2025

Respectfully submitted,

By: */s/ Alyssa White*
Michael A. Josephson, Esquire
PA ID No. 308410
Andrew W. Dunlap, Esquire
TX Bar No. 24078444
Alyssa White
TX Bar No. 24073014
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100
Fax: (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com
awhite@mybackwages.com

<div style="display: flex;">
<div>

**SO ORDERED:**

Dated: February 21, 2025

s/David Stewart Cercone
David Stewart Cercone
Senior U.S. District Court Judge

</div>
<div>

Richard J. (Rex) Burch
Texas Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

Joshua P. Geist, Esquire
PA ID No. 85745
William F. Goodrich, Esquire
PA ID No. 30235
**GOODRICH & GEIST, P.C.**
3634 California Ave.
Pittsburgh, Pennsylvania 15212
Tel: (412) 766-1455
Fax: (412) 766-0300
josh@goodrichandgeist.com
bill@goodrichandgeist.com

**ATTORNEYS FOR BOLYARD AND THE MINERS**

</div>
</div>

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2025, the foregoing document was served by ECF electronic filing on all known parties and counsel of record.

/s/ *Alyssa J. White*
Alyssa J. White